**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| TRACY M. OLIVER, § | |
| § | |
| Petitioner, § | |
| § | |
| § | CIVIL ACTION H-05-2575 |
| § | |
| FEDERAL BUREAU OF PRISONS, § | |
| § | |
| Respondent. § | |

### ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 31st day of October, 2005.

_____

DAVID HITTNER

United States District Judge